```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 20432
   TYRONA SPEARS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-5982


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/05/2008 and was not confirmed.

     The case was dismissed without confirmation 11/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
AURORA LOAN SERVICES       CURRENT MORTG          .00           .00           .00
AURORA LOAN SERVICES       MORTGAGE ARRE     30233.84           .00           .00
TRI STATE FINANCIAL SERV   SECURED VEHIC      1400.00           .00           .00
VILLAGE OF RIVERDALE       SECURED             200.00           .00           .00
CINGULAR                   UNSECURED         NOT FILED          .00           .00
DISH NETWORK               UNSECURED         NOT FILED          .00           .00
SBC                        UNSECURED         NOT FILED          .00           .00
ARROW FINANCIAL SERV       UNSECURED           333.87           .00           .00
T MOBILE                   UNSECURED         NOT FILED          .00           .00
VILLAGE OF MATTESON        UNSECURED         NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED         NOT FILED          .00           .00
COMMONWEALTH EDISON        UNSECURED           304.65           .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED           968.02           .00           .00
ROUNDUP FUNDING LLC        UNSECURED           768.00           .00           .00
ARROW FINANCIAL SERV       UNSECURED           387.38           .00           .00
NICOR GAS                  UNSECURED         NOT FILED          .00           .00
PRA RECEIVABLES MGMT       UNSECURED           600.62           .00           .00
RMI/MCSI                   UNSECURED         NOT FILED          .00           .00
RMI/MCSI                   UNSECURED           125.00           .00           .00
AT&T                       UNSECURED         NOT FILED          .00           .00
TRI STATE FINANCIAL SERV   UNSECURED           601.78           .00           .00
AURORA LOAN SERVICES       MORTGAGE NOTI    NOT FILED           .00           .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT        51.50           .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,500.00                         .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                             .00
SECURED                                              .00

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 20432 TYRONA SPEARS
```

```
UNSECURED                                                                    .00
ADMINISTRATIVE                                                               .00
TRUSTEE COMPENSATION                                                         .00
DEBTOR REFUND                                                                .00
                                        ---------------    ---------------
TOTALS                                              .00                .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/24/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE